UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:14-00090-5 |
| | ) | JUDGE CAMPBELL |
| JAMAL COOPER, et al | ) | |

ORDER

The status conference scheduled for July 7, 2014, is CANCELLED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE